UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                      CASE NO. 13-20142
v.                                    HON. DENISE PAGE HOOD

DANIEL MICHAEL PARY,

    Defendant.
_____/

**ORDER GRANTING MOTION TO STAY LITIGATION PENDING SUPREME COURT'S DECISION IN *BECKLES V. UNITED STATES***

Defendant Daniel Michael Pary filed a motion under 28 U.S.C. § 2255 based on the Supreme Court's invalidation of the residual clause of the Armed Career Criminal Act as unconstitutionally vague under the Due Process Clause of the Fifth Amendment. *Johnson v. United States*, 136 S.Ct. 2551, 2563 (2015). The Government filed a Motion to Stay Litigation pending the Supreme Court's Decision in *Beckles v. United States*, No. 15-8544, 2016 WL 1029080 (U.S. June 27, 2016) (Mem.) where the Supreme Court granted *certiorari* on the issue of whether *Johnson* should be applied retroactively. Defendant opposes the motion to stay.

Recently, the Sixth Circuit in two published opinions, *In re Embry*, ___ F.3d ___, No. 16-5447, 2016 WL 4056056 (6th Cir. July 29, 2016) and *In re: Antonio D. Patrick*, ___ F.3d ___, No. 16-5353 (6th Cir. Aug. 12, 2016), held that the most

appropriate procedure is to hold the cases in abeyance pending the Supreme's Court decision in *Beckles*.

Accordingly,

IT IS ORDERED that the Government's Motion to Stay Litigation Pending the Supreme Court's decision in *Beckles v. United States* (**Doc. No. 22**) is GRANTED.

IT IS FURTHER ORDERED that the briefing and litigation in this matter is STAYED. The parties will notify the Court when the *Beckles* decision is issued. A briefing schedule will then be issued at that time and the matter will proceed accordingly.

S/Denise Page Hood
Denise Page Hood
Chief Judge, United States District Court

Dated: August 17, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 17, 2016, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager